EDWARD EMMETT et al., as Executors of JOHN J. CUNNION, Deceased, Respondents, *v.* AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK et al., Appellants.

Supreme Court, Appellate Term, Second Department, June 22, 1950.

*John L. Fletcher* for appellants.

*Sidney J. Loeb* for respondents.

Judgment affirmed, with costs.

Concur: STEINBRINK, RUBENSTEIN and HOOLEY, JJ.

JOSEPH LUCISANO, Appellant, *v.* ANTHONY PARATORE, Respondent.

County Court, Onondaga County, July 18, 1950.

*Saul H. Alderman* for appellant.

*Pasquale Aloi, Jr.,* and *Roger O. Baldwin* for respondent.

BREED, J. The judgment of the court below is affirmed.